CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL T. MARTIN, a/k/a Thomas Martin,

    Defendant/Judgment Debtor,

and

MUFG UNION BANK, N.A.,

    Garnishee.

No. MS170088 RSL

(2:98-CR-0190-1)

**Writ of Continuing Garnishment**

GREETINGS TO:    MUFG Union Bank, N.A.
                           Attn: Legal Processing Department
                           1980 Saturn Street
                           Monterey Park, CA 91755

An Order to Issue a Writ of Continuing Garnishment against the property of the Defendant/Judgment Debtor, Michael T. Martin, a/k/a Thomas Martin, whose last known address is Michael T. Martin, 4739 University Way NE, No. 1126, Seattle, WA 98105-4412, has been entered by this Court, pursuant to 28 U.S.C. § 3205. The judgment award associated with this Writ was for the amount of $1,689,076.45, consisting of $1,688,876.45 in Restitution, and $200.00 in a Special Assessment, entered in *United States v. Michael T. Martin*, No. 2:98-

CR-0190-1, United States District Court for the Western District of Washington (August 21, 1998). A balance of **$1,554,006.76** remains outstanding as of August 2, 2017. The following is required:

1. You are required by law to Answer in writing, under oath, within **ten (10) days**, whether you have in your possession, custody or control, any property in which the Defendant/Judgment Debtor has a substantial nonexempt interest, including nonexempt, disposable earnings. **Please use** the "Form Answer" that accompanies this Writ.

2. You are required to immediately withhold and retain any and all property in which the Defendant/Judgment Debtor has a substantial nonexempt interest and for which you, the Garnishee, are or may become indebted to the Defendant/Judgment Debtor pending further order of the Court. The nonexempt amount of a person's earnings/wages is typically 25 percent of disposable, *i.e.*, after-tax, earnings. See 15 U.S.C. § 1673.

3. You must File the Original Answer of the Garnishee to this Writ within **ten (10) days** of your receipt of this Writ with the United States District Court Clerk for the Western District of Washington, 700 Stewart Street, Lobby Level, Seattle, WA 98101.

4. Additionally, you are required by law to Serve in person or by First Class Mail a copy of the Answer of the Garnishee to this Writ (1) upon the Defendant/Judgment Debtor, Michael T. Martin, 4739 University Way NE, No. 1126, Seattle, WA 98105-4412, and (2) upon the United States Attorney's Office, Western District of Washington, Assistant United States Attorney, Kyle Forsyth, Attn: Financial Litigation Unit, 700 Stewart Street, Suite 5220, Seattle, WA 98101.

5. Under the law there may be property that is exempt from this Writ of Continuing Garnishment. Property which may be exempt and which may not be subject to this Order is

listed in the accompanying "Claim for Exemption Form," including the Consumer Credit Protection Act provision of 15 U.S.C. § 1673.

6. Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the Defendant/Judgment Debtor from employment, should he be employed by you, because his earnings have been subject to garnishment for any one indebtedness.

If you fail to Answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the Defendant/Judgment Debtor any property attached by this Writ.

DATED this __8th__ day of __August__, 2017.

William M. MCool
CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

Presented by:

_/s/ Kyle A. Forsyth_
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov

WRIT OF CONTINUING GARNISHMENT